**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Christina Girten, on behalf of her minor child, S.G., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21-cv-4230 |
| v. | ) ) ) | Judge Andrea R. Wood |
| Summit Hill School District 161, John ("Jack") P. Howard III, Daniel Pierson, and Joseph Palicki, | ) ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) ) | |

## MOTION TO VOLUNTARILY DISMISS

Plaintiff, Christina Girten, on behalf of her minor child, S.G., by and through her attorneys, the Law Office of Julie O. Herrera, hereby moves for voluntary dismissal of this action, on terms that the court considers proper, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

1. Plaintiff filed this action on August 9, 2021.

2. Defendants Summit Hill School District 161, Daniel Pierson, and Joseph Palicki answered the complaint on November 1, 2021; and Defendant Howard answered the complaint on November 2, 2021.

3. Plaintiff now moves to voluntarily dismiss, on terms that the court considers proper. Plaintiff submits that these terms should be as follows: without prejudice and with no award of costs.

4. The second term is not controversial, as Defendants have informed Plaintiff that they are not seeking any costs.

5. As for whether the case is dismissed with or without prejudice, the assumption under FRCP 41 is that a voluntary dismissal by the Plaintiff is underline without prejudice. FRCP 41(a)(2).

1

6.      There is simply no reason for this case to be dismissed <u>with</u> prejudice.

7.      The case is in an early stage of litigation, with the parties still just in the initial written discovery stage. Summit Hill School District 161 has not even answered written interrogatories (which answers were due December 24, 2021), nor has the District produced "any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment" as required by FRCP 26. As for Defendant Howard, he has answered interrogatories and produced twenty-two documents. Simply put, no party has undertaken significant effort in litigating this case.

8.      No Defendant can demonstrate that he or it will suffer legal prejudice from this case being dismissed without prejudice.

9.      S.G. is a minor who simply does not want to continue this litigation, for personal reasons.

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this case, without prejudice, and with no costs awarded to any party.

/s/ Julie Herrera
Law Office of Julie O. Herrera
159 N. Sangamon St., Ste. 200
Chicago, IL 60607
Phone: 312-479-3014
Fax: 708-843-5802
jherrera@julieherreralaw.com

Date: 2/11/22