IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA GIRTEN, on behalf of her minor child, S.G., <br><br> Plaintiff, <br><br> v. <br><br> SUMMIT HILL SCHOOL DISTRICT 161, et al., <br><br> Defendants. | No. 21-cv-04230 <br><br> Judge Andrea R. Wood |

## ORDER

Plaintiff's motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2) [28] is granted. Having heard the arguments of the parties, the Court concludes that the the dismissal shall be without prejudice. "Permitting a plaintiff to voluntarily dismiss an action without prejudice, under Rule 41(a)(2) of the Federal Rules of Civil Procedure, is within the sound discretion of the district court." *Tolle v. Carroll Touch, Inc.*, 23 F.3d 174, 177 (7th Cir. 1994). "The district court abuses its discretion only when it can be established that the defendant will suffer 'plain legal prejudice' as the result of the district court's dismissal of the plaintiff's action." *Kovalic v. DEC Int'l, Inc.*, 855 F.2d 471, 473 (7th Cir. 1988) (internal quotation marks omitted). In determining whether a defendant suffers from plain legal prejudice from dismissal without prejudice, the district court may consider the following factors: "the defendant's effort and expense of preparation for trial, excessive delay and lack of diligence on the part of the plaintiff in prosecuting the action, insufficient explanation for the need to take a dismissal, and the fact that a motion for summary judgment has been filed by the defendant." *Id.* at 474 (internal quotation marks omitted). Here, the case is at an early stage, no motion for summary judgment has been filed, Plaintiff has been diligently prosecuting the action, and she has articulated an adequate explanation for seeking dismissal. By contrast, while Defendant John Howard opposes dismissal without prejudice, he has failed to demonstrate that he would suffer plain legal prejudice from dismissal without prejudice. Further, the remaining Defendants have stated that they are neutral as to the nature of the dismissal. Accordingly, this case is voluntarily dismissed without prejudice. All other pending motions and hearing dates are stricken. Civil case terminated.

Dated: February 24, 2022

_____
Andrea R. Wood
United States District Judge